UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMES A. LOVE,

    Plaintiff,

    v.                                   Case No. 19-CV-1184

G4S TRANSPORTATION SERVICES,
SUPERVISOR JORDAN

    Defendants.

## STATEMENT ON NON-ACCEPTANCE OF SERVICE

Pursuant to a Memorandum of Understanding between the Court and the Milwaukee County Office of Corporation Counsel, and the Court's Screening Order (ECF No. 17), Corporation Counsel does not accept service of process upon the identified defendant in this action for the reason stated below:

| NAME | ACCEPT SERVICE? | DATE OF SERVICE | REASON SERVICE NOT ACCEPTED; LAST KNOWN ADDRESS |
|---|---|---|---|
| Supervisor Jordan | No | | Supervisor Jordan appears to be an employee of Armor Correctional Health Services ("Armor"), not Milwaukee County. Upon information and belief, the firm representing Armor and its employees is Cassiday Schade LLP. |

Please note there are no defendants named in this suit for which Corporation Counsel will accept service.

I certify that on this date, a copy of this Statement on Non-Acceptance of Service has been served upon plaintiff by U.S. Postal Service mail addressed to:

> James A. Love
> 177408
> Racine Correctional Institute
> 2019 Wisconsin Street
> PO Box 900
> Sturtevant, WI 53177-0900

Dated at Milwaukee, Wisconsin this 19th day of March, 2020.

        MARGARET C. DAUN
        Milwaukee County Corporation Counsel

By:   s/ Anne Berleman Kearney
      ANNE BERLEMAN KEARNEY
      Wisconsin Bar No. 1031085
      Deputy Corporation Counsel

<u>P.O. Mailing Address:</u>
Milwaukee County Office of Corporation Counsel
901 North 9th Street, Room 303
Milwaukee, WI 53233
Telephone:    (414) 278-4432
Facsimile:     (414) 223-1283
Email: anne.kearney@milwaukeecountywi.gov