# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES A. LOVE,**
    **Plaintiff,**

    v.                                                                                                   Case No. 19-C-1184

**G4S TRANSPORTATION SERVICES,** *et al.***,**
    **Defendants.**

## ORDER

On March 5, 2020, I screened the amended complaint filed by Plaintiff James A. Love and allowed his claims to proceed against Supervisor Jordan and John Doe G4S Drivers. ECF No. 17. The screening order was transmitted to Milwaukee County for service on Supervisor Jordan. Milwaukee County, however, has declined to accept service in behalf of Supervisor Jordan and states that Jordan "appears to be an employee of Armor Correctional Health Services." ECF No. 19. The order of service should have been transmitted to the United States Marshal for service on Armor Correctional Health Services, employer of Supervisor Jordan.

**IT IS THEREFORE ORDERED** that the United States Marshal shall serve a copy of the amended complaint, the order in ECF No. 17, and this order on Armor Correctional Health Services under Federal Rule of Civil Procedure 4. Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). Although Congress requires the court to order service by the U.S. Marshals Service, it has not made any provision for either the court or the U.S. Marshals Service to waive these fees. The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2), (a)(3). The U.S. Marshals will

give the plaintiff information on how to remit payment. The court is not involved in collection of the fee.

**IT IS FURTHER ORDERED** that Supervisor Jordan shall filed a responsive pleading to the amended complaint within 60 days of service.

Dated at Milwaukee, Wisconsin, this 23rd day of March, 2020.

s/Lynn Adelman
LYNN ADELMAN
United States District Judge