Milwaukee – county (WI) State – WI        Case NO
                                          #19-C-1184

James Love   Plaintiff   inmate Complaint form

vs

Milwaukee county Sheriff Dept    Defendants

On May – 4 Plaintiff was Places in custady At CJf to milwaukee county Sheriff Dept Sealed Bag #1 and all his close and shoes, underwear, pants, and in sealed Bag #1 was #1 Birthcertifacitacit, Driver Lisenct, 2 Truck tittles EBT card, SSI Check card, kee's to trucks with the remotes to Push start and disarm the alarm SS card, Black walit Jr all a things wore in the #1. Sealed Bag. on May-21-18 Sheriff Dept Released the #1. Sealed-Bag after calling Pod 2 Times Asking C.O Young to Ask me do I wАnt to released My Property and bouth times I tole her NO and the next day or 2 I asked about my property ovpone waitin Dept and Warden Mrs trabdan came she tole me she was going to Look in property her seft now I got injurd and forgot about it, rote her a request slip on capt trimboli thats her name she rote me back on 9/18/18 Staten that no Property have been released Since mi stay here She's awear of my T.B.I injury/ so C.O Juweatherspoon read that to me I was happy and Left it a Lone    Continue

Milwaukee County
State of WI

inmate
Complaint
form

Case No
# 19-C-1184

On 7/17/19 after all them head Blows
I for got what was said about my Property
So I ask about it one's agin a nother c.o was
on c.o Gipson She down to property room and
and found out that my Sealed bag Was released
5/21/18 and She Stated on form 1299-1
that mr Love never fill out a property release Slip
and I'm advisein him to fill out a grievance
and I did and I have it hear July-17-19.

Thats why I'm requesting claim
to sue the Sheriff-Dept, Mrs trimboli

James Love Plaintiff,
VS
Milwaukee County Sheriff Dept, et al,
Defendants.

Mrs Trimboli
John Sullivan

Judge Lynn A Delman

Do a My conecution Mar 5-20 from the Medicale
A N here Amy Eppie, OC Kumba, Unit maneger
Sgt oswald, Sgt Paul Myes, all got together wile
ms. D.e.bold
My Doctor Dr Kuber was out sick from hurting
her back, for 3 months and I had to wait that
long to see her wild Im waiting all thee above
took my wheelchair restrition from me and I rote
slips for Medical and they seen me Just Like
in the M-C-J-F and took all my money
for Medical so I cant call for help and they
new My Medical condision of T-B-I after
Being told they tole me and made me so
dalvgnle and confues, with my head Acks and Blure vition
They had me walkin and I fell out mar-5-20 they
got me up and put me in wheelchair and then I
contenule to go to my APP but they never let me
see my doctor for 3 months now that Im going out
to my APP outside that day same time of the fall
Amy call to the front and Ask me do I want to
see my doctor here or go to my APP I tole her
I want to go out wen I got out to Pt Dr she
told the C.O staff he dont Look rite he
need to go to ER emeditly - Im nausea - vomiting
on more meds and these People talk to my
Lawyer and never tole him nothen ones
Agin Im getting took Avantig of →

I in close some papers just in case somthing happen to me they didn't call my family Rynette Kids 414(501-8850 to let them no what happen to me I geuss they are going to do what M-C-J-F Did, Well I cant trust nobody my Lawyer work for them he no they Lie on me thats why he want he no they Lie on me thats why he want out good I want him out he gave me these papers now he want them back because they are a Lot of Lies I wish I was not injurd I would fite to the finsh but I cants Lawyer Judge Wagner, DA, PSI, EViL Cild, MMHH, Armor Health, M-C-J-f, R-C-I Staff, G-4-S, its a Lot Sheffit Dept

and its Just Little me and Biggo God

T-B-I People Concution Cant See

All Yall

and dont

forget

Carona 19

Judge what would you do and Im innasent and dont no how to Provt it

and these new med with concution have me sleep Dazzed shaky vomitin scad cryin cant eat Loud nosie make me Jump and they Laugh cant where my by Poele because they hurt my eyes and make my brain hurt from my fall and hittin my head on that door and now they gave me these papers to fill out for early relest to to Medicle now my memory is bad its so bad the C.O.S I rote about give me conduck reports for forgetting to sign in you no they do care and they doin all this after the warden Leau now this injury I fill Like Im a burden on people my family sruggling I wish sombody could tell you and the other Judge whats goin on because Im About to give But cant art KAS and illegal can barly walk