U.S. District Court
Wisconsin Eastern
APR 1 0 2020
FILED
Stephen C. Dries, Clerk
Case 2:19-cv-1184-LA

God 1# I can't give up on life
But I can give up on this 7:00 pm
Greeting's Jughe                    4-6-20

I love my kids and I not going to give up I'm still the best dad and God is the best father but I cant take no more I give up this is to much for me these C.O's here and all I allready went thruwe and now this concution my kids out there scard haft to death with this carona rona 19 I inacent and cant prov it and got all the paper's rite here I cant fight all these People with all this power the Jughe he hate even he call me names my Lawyer tryed to trick me out the PSI papers, Sheffi Dept gave all my property away but not my close, MMHI they fail to treat me for T-B-I medical and just sent me to court noing I was injurd and conitive delay and impairment G4S Made that Van do something to fly us to the front injuryin us and tryed to hide it Armor Heqlth care Treating for T-B-I but fell to send me to hospitle and hide it from the court, R-C-J nurse's The head RN get with C.O's noing My condition and unit mager and make my Life like this and now carona rona 19 I sive up I quit cant defend my self to Confused Crying to to much goin down and thats not good so I cant Help me. your James

Can you send paper Back you don't need thank you I cant do this I need Help I quit.